FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

98 JUN -8 PM 12: 26

U.S. DISTRICT COURT
N.D. OF ALABAMA

JUDY SMITH,　　　　　　　}
　　　　　　　　　　　　　}
　　Plaintiff,　　　　　　}
　　　　　　　　　　　　　}
v.　　　　　　　　　　　　}　　CASE NO. CV 97-JEO-508-E
　　　　　　　　　　　　　}
SUPERVALU INC.,　　　　　}
　　　　　　　　　　　　　}　　**ENTERED**
　　Defendant.　　　　　　}
　　　　　　　　　　　　　}　　JUN - 8 1998

MEMORANDUM OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accordance with the recommendation, the plaintiff's Motion For Leave to Amend Complaint is due to be denied. An appropriate order will be entered.

DONE this 8th day of June, 1998.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
United States District Judge

36